the guidelines' directive to give substantial weight to the Government's motion.

Furthermore, we note that the commentary emphasizes that the government's position is to be accorded substantial weight "where the extent and value of the assistance are difficult to ascertain." *Id.* Such is not the case here, where the district court presided over the trial of the co-defendant against whom Castellanos testified and could judge for itself the extent and value of his assistance.

Our review of the transcript of Castellanos' sentencing hearing indicates that the district court considered the Government's motion, correctly understood that it had discretion to depart or not to depart, and simply chose not to do so. Castellanos' challenge is reduced to a claim that the court erred in exercising its discretion not to make a downward departure, and such a claim is not appealable. *Fossett,* 881 F.2d at 979; *see United States v. Evidente,* 894 F.2d 1000, 1004–05 (8th Cir.1990) (citing *Fossett* and cases from six other circuits).

### III.

For the foregoing reasons, the sentence imposed by the district court is

AFFIRMED.

Robert G. Amsel and Jeffrey S. Weiner, Weiner, Robbins, Tunkey & Ross, Miami, Fla., for amicus curiae.

Before TJOFLAT, Chief Judge, FAY, KRAVITCH, JOHNSON, HATCHETT, ANDERSON, CLARK, EDMONDSON, COX and BIRCH, Circuit Judges.

BY THE COURT:

On April 30, 1990, the grand jury for the Southern District of Florida issued a new subpoena identical to the subpoena that gave rise to this case. Appellee has fully complied with the new subpoena.

Appellee now moves to dismiss this appeal as moot, and appellant joins in the motion. The panel opinion, published at 896 F.2d 1267, has already been vacated by our order of May 16, 1990, granting rehearing en banc. The panel opinion will remain vacated, the judgment of the district court, 717 F.Supp. 1502, is vacated, and the case is remanded to the district court with instructions that the case be dismissed. *See United States v. Munsingwear, Inc.,* 340 U.S. 36, 71 S.Ct. 104, 95 L.Ed. 36 (1950).

**In re GRAND JURY PROCEEDINGS.**

**Sam RABIN, Witness–Appellee,**

v.

**UNITED STATES of America, Movant–Appellant.**

No. 88–5056.

United States Court of Appeals, Eleventh Circuit.

June 21, 1990.

Dexter W. Lehtinen, U.S. Atty., Mayra Reyler Lichter, Michael P. Sullivan and Linda C. Hertz, Asst. U.S. Attys., for movant-appellant.

Arthur J. Berger, Miami, Fla., for witness-appellee Sam Rabin.

**CITIBANK, N.A., Plaintiff–Counter–Defendant–Appellee,**

v.

**DATA LEASE FINANCIAL CORPORATION, Defendant–Counter–Plaintiff–Third–Party–Plaintiff–Appellant,**

v.

**MIAMI NATIONAL BANK, et al., Third–Party Defendants.**

No. 89–5213.

United States Court of Appeals, Eleventh Circuit.

July 5, 1990.